# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LUCIA LUONG, ET AL.,

Plaintiffs,

vs.

SUBARU OF AMERICA, INC.,

Defendant.

CASE NO. 17-cv-03160-YGR

ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE RE: DISMISSAL

Re: Dkt. No. 64

The Court is in receipt of the parties' joint case management statement in which the parties represent that they are in the process of finalizing a settlement agreement and dismissal of this action. (Dkt. No. 64.) In light thereof, the Court:

(1) **VACATES** the case management conference currently set for February 11, 2019; and

(2) **SETS** this matter for a compliance hearing regarding the status of the settlement agreement and dismissal on **March 15, 2019**, at 9:01 a.m. The parties shall file either their stipulation regarding the settlement and dismissal of the action or a joint status statement regarding the same no later than **March 8, 2019**. If the Court is satisfied with the response, the compliance hearing will be vacated.

**IT IS SO ORDERED.**

Dated: February 5, 2019

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE