1  GLANCY PRONGAY & MURRAY LLP
   Lionel Z. Glancy (#134180)
2  Marc L. Godino (#182689)
   Danielle L. Manning (#313272)
3  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
5  Facsimile:  (310) 201-9160
    Email: info@glancylaw.com
6
7  GREENSTONE LAW APC
   Mark S. Greenstone (#199606)
8  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
9  Telephone: (310) 201-9156
10 Facsimile:  (310) 201-9160
   Email: mgreenstone@greenstonelaw.com
11
   *Attorneys for Plaintiffs*
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIA LUONG and BRIAN MANN, Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant | Case No.: 4:17-cv-03160-YGR<br><br> ORDER GRANTING **JOINT STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Plaintiffs Lucia Luong and Brian Mann ("Plaintiffs") and Defendant Subaru of America, Inc. (collectively, the "Parties"), through their respective undersigned counsel, submit the following Joint Stipulation of Dismissal Of Action Without Prejudice Pursuant To F.R.C.P. 41(a)(1)(A)(ii):

WHEREAS, following two mediations before the Hon. Roslyn Chapman (Ret.) occurring on December 20, 2018 and January 9, 2018, the Parties executed a detailed settlement Term Sheet;

WHEREAS, pursuant to the Term Sheet the Parties have agreed that Plaintiffs will dismiss the present action and file an amended complaint in New Jersey, where Defendant is located, for purposes of effectuating a global resolution of claims;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the present action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing his/her/its own attorneys' fees and costs.

Dated: April 3, 2019    **GREENSTONE LAW APC**

By: *s/ Mark S. Greenstone*
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Marc L. Godino
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: April 3, 2019 | **KING & SPALDING LLP** |
| | By: *s/ Livia M. Kiser* |
| | Livia M. Kiser (#285411) |
| | 444 West Lake Street, Suite 1650 |
| | Chicago, IL 60606 |
| | Telephone: (312) 995-6333 |
| | Facsimile: (312) 995-6330 |
| | Email: LKiser@KSLAW.com |
| | *Attorneys for Defendant* |

## ORDER

Based upon the foregoing stipulation and representations, the instant action is DISMISSED WITHOUT PREJUDICE as to the claims between Plaintiffs Lucia Luong and Brian Mann ("Plaintiffs") and Defendant Subaru of America, Inc.
IT IS SO ORDERED.

Dated: April 5, 2019

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE